# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DRE HEALTH CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. _____ |
| BRM TRADES, LLC, ) | |
| ) | |
| and ) | REMOVED FROM THE CIRCUIT |
| ) | COURT OF JACKSON COUNTY, |
| CHAIM BENJAMIN OBERLANDER, ) | MISSOURI |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Defendants BRM Trades, LLC and Chaim Benjamin Oberlander ("Defendants"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove the above-styled action to this Court from the Circuit Court of Jackson County, Missouri. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, in that there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00. In support hereof, Defendants state as follows:

## NATURE OF REMOVED ACTION

1. On August 20, 2021, Plaintiff DRE Health Corporation ("Plaintiff") instituted in the Circuit Court of Jackson County, Missouri, the instant action styled, *DRE Health Corporation v. BRM Trades, LLC and Chaim Benjamin Oberlander*, Case No. 2116-CV18224 (the "Lawsuit").

2. A copy of the Petition, together with the complete file of the action filed in Jackson County, Case No. 2116-CV18224, is attached hereto as **Exhibit A**. Defendants are unaware of the existence of any process, pleadings, or orders other than the documents included in the exhibits

attached hereto. There are no motions or hearings pending before the Circuit Court of Jackson County, Missouri in this matter.

3. The Petition brings five counts against Defendants wherein Plaintiff alleges loss due to breach of contract, specific performance for dissolution or rescission of agreement, tortious interference with business expectancy, intentional defamation, and negligent defamation, and seeks damages pursuant to RSMo § 375.420.

## NOTICE OF REMOVAL IS TIMELY

4. Plaintiff filed the Petition on August 20, 2021.

5. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) because Plaintiff purportedly served Defendant BRM Trades, LLC by consent on September 20, 2021and Defendant Oberlander has not yet been served.

6. Each defendant has 30 days after receiving service within which to file a notice of removal. *Marano Enterprises of Kansas v. Z-Teca Restaurants, L.P.*, 254 F.3d 753 (8th Cir. 2001)

7. Additionally, removal is within one year of the Lawsuit being commenced.

8. No previous request has been made for the relief requested in this Notice.

## DIVERSITY JURISDICTION EXISTS

9. This Court has original jurisdiction over the Lawsuit under 28 U.S.C. § 1332, and this case may be removed pursuant to 28 U.S.C. § 1441(a), because there exists complete diversity of citizenship between the parties and the amount in controversy exceeds the jurisdictional threshold of $75,000.00.

I. **Complete Diversity Exists**

10. Plaintiff is a Missouri corporation with its principal place of business in Kansas City, Missouri.

11. Defendant BRM Trades, LLC is a limited liability company with one member, who is an individual resident and citizen of the State of New York.

12. Defendant Oberlander is an individual residing in Boca Raton, Florida. Defendant Oberlander is deemed a citizen of his state of residence and is thus a citizen of Florida for diversity purposes and is completely diverse from Plaintiff. *See* 28 U.S.C. § 1332(c)(1).

### II. Amount in Controversy Exceeds $75,000.00

13. Defendants deny Plaintiff is entitled to any monetary recovery based on the allegations in the Petition. But for removal purposes, Defendants are entitled to rely upon the relief requested in the Petition to establish the requisite amount is in controversy. *See City of Univ. City, Missouri v. AT&T Wireless Servs.*, Inc., 229 F. Supp. 2d 927, 934 (E.D. Mo. 2002) ("The amount in controversy is determined by an examination of the relief requested in the complaint."). The Petition alleges breach of contract and rescission on an agreement to ship "over $3 million dollars' worth" of goods, and Plaintiff seeks to recover attorney's fees and costs, and punitive damages. Plaintiff's allegations confirm that over $75,000.00 is in controversy, so the jurisdictional threshold under 28 U.S.C. § 1332(a) is satisfied.

### REMOVAL TO THIS COURT IS PROPER

14. Venue is proper in the United States District Court for the Western District of Missouri under 28 U.S.C. §§ 1441(a) and 1446(a) because the Circuit Court of Jackson County, Missouri is located within this judicial district.

15. As required by 28 U.S.C. § 1446(a), true and correct copies of all pleadings on file with the Circuit Court of Jackson County to date are attached hereto as **Exhibit A.**

16. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be promptly served on Plaintiff's counsel and the Clerk of the Circuit Court of Jackson County.

17. Defendants reserve the right to assert any and all defenses to the Petition.

18. Defendants reserve the right to amend or supplement this Notice of Removal.

19. A Civil Cover Sheet is attached hereto as **Exhibit B**.

## CONCLUSION

WHEREFORE, Defendants BRM Trades, LLC and Chaim Benjamin Oberlander respectfully remove this Lawsuit now pending in the Circuit Court of Jackson County, Missouri to this Court.

Respectfully Submitted,

Dated: October 12, 2021

LATHROP GPM LLP

By: */s/ Kate O'Hara Gasper*
Michael J. Abrams (Mo. Bar. 42196)
Kate O'Hara Gasper (Mo. Bar. 61198)
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
T: 816.460.5640
F: 816-292-2001
michael.abrams@lathropgpm.com
kate.gasper@lathropgpm.com

Brendan Collins
(*pro hac vice* motion forthcoming)
GKG LAW, P.C.
1055 Thomas Jefferson Street, NW
Suite 500
Washington, DC 20007
Telephone: 202-342-6793
Facsimile: 202-342-5219
Email: bcollins@gkglaw.com

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above pleading was served via U.S. mail and electronic mail on the following counsel of record, this 12th day of October, 2021:

G. Edgar James
Lawrence E. Nordling
JAMES SOBBA, LLC
4435 Main Street, Suite 910
Kansas City, MO 64111
ejames@jamessobba.com
lnordling@jamessobba.com

Adam W. Wiers
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL 60601-1692
awwiers@jonesday.com

ATTORNEYS FOR PLAINTIFF

By: */s/ Kate O'Hara Gasper*
An Attorney for Defendants