IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

# JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| DRE HEALTH CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 21-cv-00745-SRB |
| BRM TRADES, LLC, et al., | ) |
| Defendant. | ) |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

on August 29, 2022, BRM Trades' Motion for Partial Summary Judgment (Doc. #50) was GRANTED. It is further ORDERED that

on September 27, 2022, BRM Trades was awarded of damages in the amount of $3,090,992.81. It is furthered ORDERED that, based on the personal guaranty, Defendant Isaac Bawany is personally liable for up to 75% of the award, or $2,318,244.60.

| | |
|---|---|
| September 27, 2022 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Tracey L. Richard |
| | (by) Deputy Clerk |