# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **DRE HEALTH CORPORATION,** )<br>)<br>      **Plaintiff,** )<br>)<br>  vs. )<br>)<br>**BRM TRADES, LLC,** *et al.* )<br>)<br>      **Defendants.** )<br>_____ )<br>)<br>**BRM TRADES, LLC,** )<br>)<br>      **Counterclaim Plaintiff,** )<br>)<br>  vs. )<br>)<br>**DRE HEALTH CORPORATION AND**<br>**AHMED ISHAQ BAWANY**<br>**a/k/a ISAAC BAWANY,** *et al.* )<br>)<br>)<br>)<br>      **Counterclaim Defendants.** ) | **Case No. 4:21-cv-00745-SRB** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff DRE Health Corporation ("DRE") and Counterclaim Defendants DRE and Ahmed Ishaq Bawany ("Bawany") together with Defendant and Counterclaim Plaintiff BRM Trades, LLC ("BRM"), file this stipulation of dismissal with prejudice of DRE's Counts III (Tortious Interference), IV (Intentional Defamation), and V (Negligent Defamation) as to BRM and Chaim Benjamin Oberlander, with each party bearing their own costs, fees, and expenses.

WHEREFORE, DRE and Bawany respectfully request this Court enter an order dismissing Counts III, IV, and V as alleged in DRE's First Amended Petition (ECF No. 1-1, pp. 13–15) from this

matter with prejudice, with each party to bear its own costs, fees and expenses, and for any such other and further relief the Court deems just and necessary.

Respectfully Submitted,

JAMES SOBBA, LLC

By /s/ G. Edgar James
G. Edgar James  MO# 49585
4435 Main Street, Suite 910
Kansas City, MO 64111 Telephone: (816) 623-0544 Fax: (816) 623-0508
ejames@jamessobba.com

And

JONES DAY

Adam W. Wiers, Esq. (Pro Hac Vice)
77 West Wacker, Suite 3500
Chicago, Illinois 60601-1692
Telephone: (312) 269-4078
Facsimile: (312) 782-8585
Email: awwiers@jonesday.com

ATTORNEYS FOR PLAINTIFF DRE HEALTH CORPORATION

LATHROP GPM, LLP

By /s/ Michael J. Abrams
Michael J. Abrams  MO# 42196
Kate O'Hara Gasper  MO# 61198
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
Telephone: (816) 460-5640
Fax: (816) 292-2001
Michael.abrams@lathropgpm.com
Kate.gasper@lathropgpm.com

And

PULLP

Anna E. Adelstein (admitted pro hac vice)
Jon Uretsky (admitted pro hac vice)
111 Broadway, 8th Floor
New York, New York 10006
adelstein@pullp.com
uretsky@pullp.com

ATTORNEYS FOR DEFENDANTS BRM TRADES, LLC AND CHAIM BENJAMIN OBERLANDER

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court by using the Court's electronic filing system which will send notice of filing to all participants receiving notice.

/s/ G. Edgar James
Attorney for Plaintiff DRE Health Corporation