IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DRE HEALTH CORPORATION, | ) |
| Plaintiff, | ) |
| vs. | ) |
| BRM TRADES, LLC, *et al.* | ) |
| Defendants. | ) Case No. 4:21-cv-00745-SRB |
| BRM TRADES, LLC, | ) |
| Counterclaim Plaintiff, | ) |
| vs. | ) |
| ISAAC BAWANY, *et al.* | ) |
| Counterclaim Defendants. | ) |

**JOINT DISMISSAL WITHOUT PREJUDICE**

Plaintiff/Counter-Defendant DRE Health Corporation, Defendant/Counterclaimant BRM Trades, LLC, Defendant Chaim Benjamin Oberlander, and Counter-Defendant Ahmed Ishaq Bawany, by and through counsel, and, pursuant to Rule 41(a)(1)(A)(ii), jointly file this Stipulation of Dismissal Without Prejudice of BRM Trades, LLC's Counterclaim Count IV, the only remaining claim in this action upon which no judgment has been entered.

1

Dated: March 27, 2023

Respectfully Submitted,

**JAMES SOBBA, LLC**

By /s/ *G. Edgar James*
G. Edgar James  MO# 49585
4435 Main Street, Suite 910
Kansas City, MO 64111 Telephone: (816) 623-0544 Fax: (816) 623-0508
ejames@jamessobba.com

**Attorneys for Plaintiff/Counter-Defendant DRE Health Corporation and Counter-Defendant Ahmed Ishaq Bawany**

And

**LATHROP GPM, LLP**

By /s/*Kate O'Hara Gasper*
Michael J. Abrams           MO# 42196
Kate O'Hara Gasper          MO# 61198
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
Telephone: (816) 460-5640
Fax: (816) 292-2001
Michael.abrams@lathropgpm.com
Kate.gasper@lathropgpm.com

And

**PULLP**

Anna E. Adelstein (admitted pro hac vice)
Jon Uretsky (admitted pro hac vice)
111 Broadway, 8th Floor
New York, New York 10006
adelstein@pullp.com
uretsky@pullp.com

**Attorneys for Defendant/Counterclaimant BRM Trades, LLC and Defendant Chaim Benjamin Oberlander**