IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DRE HEALTH CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-cv-00745-SRB |
| ) | |
| BRM TRADES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

___**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___**Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the Order filed on March 19, 2024 (Doc. 133), the Joint Motion for Entry of Final Judgment. (Doc. #132.) is GRANTED. A final judgment in favor of BRM Trades, LLC against DRE Health Corporation in the amount of $7,936,280, with post-judgment interest under 28 U.S.C. § 1961 running from December 27, 2022, the date this Court granted summary judgment.

| | |
|---|---|
| March 19, 2024 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Shauna Murphy-Carr |
| | (by) Deputy Clerk |