IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

DRE Health Corporation )
Plaintiff/Petitioner )
)
) Case No. 21-CV-00745-SRB
)
BRM Trades, LLC, et al., )
Defendant/Respondent )

NOTICE OF APPEAL
TO THE US COURT OF APPEALS FOR THE 8th CIRCUIT

Notice is hereby given that I **DRE Health Corporation** the

*Name of party taking the appeal*

**Plaintiff** hereby appeal to the United States Court of Appeals for

*plaintiff, petitioner, defendant or respondent*

the **Eighth** Circuit from the final judgment **X** or an order _____

*name of the circuit* — *check this one* — *or this one*

entered in this action on the **19th** day of **March**, **2024**.

Signed **Ronald S. Weiss**
Attorney for **Plaintiff**
Address: Berman DeLeve Kuchan & Chapman
1100 Main St., Ste 2850
Kansas City, MO 64105
Phone: +1 (816) 471-5900
Fax: +1 (816) 842-9955
E-Mail: rweiss@bdkc.com