# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-1819

_____

DRE Health Corporation

Plaintiff - Appellant

v.

BRM Trades, LLC

Defendant - Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:21-cv-00745-SRB)

_____

**JUDGMENT**

Before COLLOTON, Chief Judge, ARNOLD, and GRUENDER, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the appeal is dismissed in accordance with the opinion of this Court.

August 18, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Susan E. Bindler