# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1819

DRE Health Corporation

Appellant

v.

BRM Trades, LLC

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:21-cv-00745-SRB)

---

## MANDATE

In accordance with the opinion and judgment of August 18, 2025, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

September 08, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit